UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

**MURPHY MARINE SERVICES, INC.**  CIVIL ACTION NO.:
710 Christiana Avenue
Wilmington, DE 19801
    *Plaintiff*
  v.
M/V ANGOL, her engines,
machinery, tackle, apparel, etc.
    *Defendant*

## VERIFIED COMPLAINT IN ADMIRALTY
## IN REM

Plaintiff, Murphy Marine Services, Inc., by and through its attorneys, hereby brings this civil action against Defendant, and in support thereof represents upon information and belief, as follows:

### Jurisdiction and Venue

1. This Court has subject matter jurisdiction as this is an admiralty and maritime claim within the meaning of Rule 9(h) of the Federal Rules of Civil Procedure and the special procedures of said Rules relative to admiralty actions, and Plaintiff brings this suit against Defendant under the provisions of 28 U.S.C. §1333.

2. Plaintiff also invokes this Court's supplemental jurisdiction, pursuant to 28 U.S.C. §1367.

3. Venue lies within this District pursuant to the provisions of 28 U.S.C. §1391 and under the provisions of the General Maritime Law.

### The Parties

4. At all times hereinafter mentioned, Plaintiff, Murphy Marine Services, Inc., was and still is a corporation organized and existing under the laws of the State of

1

Delaware, with an address and principal place of business as set forth in the caption, and was engaged in providing stevedoring and related services to cargo vessels calling at the Port of Wilmington.

5. Upon information and belief, Defendant, M/V ANGOL (IMO No. 9399806) (hereinafter "Vessel"), was and still is a Vessel operated as a common and/or private carrier of goods in ocean transportation and she is now, or will be during the pendency of this action, within the navigable waters of this District and subject to the jurisdiction of this Honorable Court. Specifically, it is anticipated that the Vessel will be docked at the Port of Wilmington during May 29, 2019.

6. Upon information and belief, Chiquita Fresh North America, LLC (f/n/a Chiquita Brands Company North America), was and still is a corporation organized and existing under the laws of the State of Delaware, with an address and principal place of business as set forth in the caption, and was the owner, and/or disponent owner, and/or charterer, and/or manager, and/or operator of the Vessel.

7. Upon information and belief, Defendant Chiquita Fresh North America, LLC (f/n/a Chiquita Brands Company North America), or an affiliated company, shipped cargo aboard the Vessel.

## COUNT I
(Plaintiff v. M/V ANGOL, *in rem*)

8. Plaintiff incorporates the averments contained in paragraphs 1-7, inclusive, with the same force and effect as if fully set forth herein.

9. Plaintiff provided stevedoring services to the Vessel at the Port of Wilmington Delaware on the following dates:

    a. November 27, 2018;

2

b. December 11, 12, 26, and 27;

c. January 8, 9, 22, and 23, 2019;

d. February 5, 6, 7, 19, 20, and 21, 2019;

e. March 5, 6, and 7, 2019.

10. The stevedoring services provided to the Vessel qualify as necessaries and Plaintiff has a maritime lien against the Vessel for the value of said services. 46 U.S.C.A. § 31342; *Maritrend, Inc. v. Serac & Co. (Shipping)*, 348 F.3d 469, 471 (5th Cir. 2003), citing *TTT Stevedores of Texas, Inc. v. M/V JAGAT VIJETA*, 696 F.2d 1135, 1138 (5th Cir.1983) ("[t]here is no question that supplying stevedoring services gives rise to a maritime lien").

11. The total value of the stevedoring services provided to the Vessel on the aforementioned dates is Two Hundred Sixty Nine Thousand Six Hundred Fifteen Dollars and Thirty One Cents ($269,615.31). Plaintiff reserves the right to revise and/or amend this amount as the facts are developed.

12. The charges for Plaintiff's stevedoring services are fair and reasonable and in accordance with the prevailing rates and duly published Tariffs at the Port of Wilmington, and in accordance with the amounts agreed upon by the parties.

13. Plaintiff periodically issued invoices for the stevedoring services provided to the M/V ANGOL. (See Exhibit 1.)

14. The invoices were provided to Chiquita Fresh North America, LLC (f/n/a Chiquita Brands Company North America).

15. Although demand has been duly made, the amount due and owing has not been paid, and Plaintiff hereby asserts its maritime lien against the Vessel, seeking the

principal amount of Two Hundred Sixty Nine Thousand Six Hundred Fifteen Dollars and Thirty One Cents ($269,615.31), together with the interest thereon from the date the services were rendered.

WHEREFORE, Plaintiff, Murphy Marine Services, Inc., prays:

(a) Process of arrest in due form of law according to the practice of this Honorable Court in causes of admiralty and maritime claims may issue against the M/V ANGOL, her engines, boilers, etc., as provided in the Supplemental Admiralty Rules of the Federal Rules of Civil Procedure; that all persons having or claiming any interest therein be cited to appear and answer, under oath, all and singular, the matters herein; that judgment be entered in favor of Plaintiff for the damages as aforesaid, with interest, costs and attorney's fees; that the said vessel be condemned and sold and the proceeds of said sale be brought into this Court and applied to pay Plaintiff the sums found due it.

(b) Judgment be entered in favor of Plaintiff and against Defendant, M/V ANGOL, for the damages as aforesaid, with interest, costs and attorney's fees.

(c) The Court grant such other and further relief to Plaintiff as in law and justice it may be entitled to receive.

REGER RIZZO & DARNALL

Dated: May 27, 2019

BY: /s/ Arthur D. Kuhl
Arthur D. Kuhl (#3405)
1523 Concord Pike, Suite 200
Brandywine Plaza East
Wilmington, DE 19803
(302) 477-7100
Fax: (302) 652-3620
E-Mail: AKuhl@regerlaw.com
Attorneys for Plaintiff

AND

Of Counsel:

DEASEY, MAHONEY & VALENTINI, LTD.

George R. Zacharkow
1601 Market Street, Suite 3400
Philadelphia, PA 19103
Phone: (215) 587-9400
Fax: (215) 587-9456
E-Mail: GZacharkow@DMVLawFirm.com