# EXHIBIT 1



# Murphy Marine Services, Inc.

Invoice Number 344708
Invoice Date 2/28/2019

Chiquita Brands North America
Department #12022
Port of Wilmington
Wilmington, DE 19899
United States

Retro pay for period 11/18/18 - 12/31/18

M/V Chiquita Angeles 11/21/18

| | | Hours | Old Rate | Current | Diff | Total |
|---|---|---|---|---|---|---|
| **Labor** | | | | | | |
| 1 Gang & 1/2 Staff | Moving Hatch Covers | 6 | $1,130.07 | $1,205.47 | $75.40 | $452.40 |
| Additional Hustler Drivers | | 140 | $60.80 | $64.88 | $4.08 | $571.20 |
| Operator | | 140 | $1.58 | $1.56 | -$0.02 | -$2.80 |
| Timekeeper | | 31 | $61.03 | $65.11 | $4.08 | $126.48 |
| | | | | | | |
| **Overtime** | | | | | | |
| 2 Gangs & Staff | | 52 | $385.25 | $423.54 | $38.29 | $1,991.08 |
| Additional Hustler Drivers | | 104 | $20.70 | $22.77 | $2.07 | $215.28 |
| Timekeeper | | 27.5 | $20.80 | $22.87 | $2.07 | $56.93 |
| | | | | | | |
| **Doubletime** | | | | | | |
| 2 Gangs & Staff | | 4 | $770.49 | $847.08 | $76.59 | $306.36 |
| Additional Hustler Drivers | | 8 | $41.40 | $45.54 | $4.14 | $33.12 |
| Timekeeper | | 2 | $41.60 | $45.74 | $4.14 | $8.28 |
| | | | | | | |
| **Detention** | | | | | | |
| 1 Gang & 1/2 Staff | C7 Failure, C5 Spread | 2.09 | $1,018.39 | $1,094.98 | $76.59 | $160.07 |
| 2 Gangs & Staff | Late Vessel Arrival | 1 | $1,018.39 | $1,094.98 | $76.59 | $76.59 |
| | | | | | | |
| **Production Moves** | | | | | | |
| 2 Gang Operation | | 1214 | $56.50 | $60.27 | $3.77 | $4,576.78 |

Sub-total $8,571.77

M/V Chiquita Angol 11/27/18

| | | Hours | Old Rate | Current | Diff | Total |
|---|---|---|---|---|---|---|
| **Labor** | | | | | | |
| 1 Gang & 1/2 Staff | Moving Hatch Covers | 9 | $1,130.06 | $1,205.47 | $75.41 | $678.69 |
| Operator | | 160 | $1.58 | $1.56 | $(0.02) | $(3.20) |
| Timekeeper | | 27.5 | $61.03 | $65.11 | $4.08 | $112.20 |
| Additional Hustler Drivers | | 160 | $60.80 | $64.88 | $4.08 | $652.80 |
| | | | | | | |
| **Overtime** | | | | | | |
| 2 Gangs & Staff | | 48 | $385.25 | $423.54 | $38.29 | $1,837.92 |
| Timekeeper | | 19.5 | $20.80 | $22.87 | $2.07 | $40.37 |
| Additional Hustler Drivers | | 96 | $20.70 | $22.77 | $2.07 | $198.72 |
| | | | | | | |
| **Detention** | | | | | | |
| 2 Gangs & Staff | High Winnds, Congest | 3.5 | $1,018.39 | $1,094.98 | $76.59 | $268.07 |
| 1 Gang & 1/2 Staff | C5, Move Containers | 1.67 | $1,018.39 | $1,094.98 | $76.59 | $127.91 |



## Murphy Marine Services, Inc.

Invoice Number: 344708  
Invoice Date: 2/28/2019

Chiquita Brands North America  
Department #12022  
Port of Wilmington  
Wilmington, DE 19699  
United States

Retro pay for period 11/18/18 - 12/31/18

| | | Hours | Old Rate | Current | Diff | Total | |
|---|---|---|---|---|---|---|---|
| Production Moves<br>2 Gang Operation | | 1525 | $49.13 | $52.41 | $3.28 | $5,002.00 | |
| Sub-total | | | | | | | $8,915.47 |

**M/V Chiquita Angeles 12/04/18**

| | | Hours | Old Rate | Current | Diff | Total | |
|---|---|---|---|---|---|---|---|
| Labor | | | | | | | |
| 1 Gang & 1/2 Staff | Moving Hatch Covers | 7.58 | $1,130.06 | $1,205.47 | $75.41 | $571.61 | |
| Operator | | 144 | $1.58 | $1.56 | -$0.02 | -$2.88 | |
| Timekeeper | | 28 | $61.03 | $65.11 | $4.08 | $114.24 | |
| Additional Hustler Drivers | | 144 | $60.80 | $64.88 | $4.08 | $587.52 | |
| Overtime | | | | | | | |
| 2 Gangs & Staff | | 46 | $385.25 | $423.54 | $38.29 | $1,761.34 | |
| Timekeeper | | 21 | $20.80 | $22.87 | $2.07 | $43.47 | |
| Additional Hustler Drivers | | 92 | $20.70 | $22.77 | $2.07 | $190.44 | |
| Double Time | | | | | | | |
| 2 Gangs & Staff | | 2 | $770.49 | $847.08 | $76.59 | $153.18 | |
| Additional Hustler Drivers | | 4 | $41.40 | $45.54 | $4.14 | $16.56 | |
| Timekeeper | | 1 | $41.60 | $45.74 | $4.14 | $4.14 | |
| Detention | | | | | | | |
| 1 Gang & 1/2 Staff | C7 Twist Locks | 2.25 | $1,018.39 | $1,094.98 | $76.59 | $172.33 | |
| Production Moves | | | | | | | |
| 2 Gang Operation | | 1449 | $48.09 | $51.30 | $3.21 | $4,651.29 | |
| Sub-total | | | | | | | $8,263.24 |

**M/V Chiquita Angol 12/11/18**

| | | Hours | Old Rate | Current | Diff | Total |
|---|---|---|---|---|---|---|
| Labor | | | | | | |
| 1 Gang & 1/2 Staff | Moving Hatch Covers | 5.91 | $1,130.06 | $1,205.47 | $75.41 | $445.67 |
| Operator | | 140 | $1.58 | $1.56 | -$0.02 | -$2.80 |
| Timekeeper | | 29 | $61.03 | $65.11 | $4.08 | $118.32 |
| Additional Hustler Drivers | | 140 | $60.80 | $64.88 | $4.08 | $571.20 |
| Overtime | | | | | | |
| 2 Gangs & Staff | | 38 | $385.25 | $423.54 | $38.29 | $1,455.02 |
| Timekeeper | | 17 | $20.80 | $22.87 | $2.07 | $35.19 |
| Additional Hustler Drivers | | 76 | $20.70 | $22.77 | $2.07 | $157.32 |


# Murphy Marine Services, Inc.

Invoice Number 344708
Invoice Date 2/28/2019

Chiquita Brands North America
Department #12022
Port of Wilmington
Wilmington, DE 19899
United States

Retro pay for period 11/18/18 - 12/31/18

| | | Hours | Old Rate | Current | Diff | Total | |
|---|---|---|---|---|---|---|---|
| Detention | | | | | | | |
| 1 Gang & 1/2 Staff | C4, ILA Guarantee | 0.5 | $1,018.39 | $1,094.98 | $76.59 | $38.30 | |
| 2 Gangs & Staff | ILA Guar | 0.5 | $1,018.39 | $1,094.98 | $76.59 | $38.30 | |
| Production Moves | | | | | | | |
| 2 Gang Operation | | 1545 | $46.12 | $49.20 | $3.08 | $4,758.60 | |
| Sub-total | | | | | | | $7,615.11 |

M/V Chiquita Angeles 12/18/18

| | | Hours | Old Rate | Current | Diff | Total |
|---|---|---|---|---|---|---|
| Labor | | | | | | |
| 1 Gang & 1/2 Staff | Moving Hatch Covers | 6.33 | $1,130.06 | $1,205.47 | $75.41 | $477.35 |
| Operator | | 142 | $1.58 | $1.56 | -$0.02 | -$2.84 |
| Timekeeper | | 27 | $61.03 | $65.11 | $4.08 | $110.16 |
| Additional Hustler Drivers | | 142 | $60.80 | $64.88 | $4.08 | $579.36 |
| Overtime | | | | | | |
| 2 Gangs & Staff | | 43 | $385.25 | $423.54 | $38.29 | $1,646.47 |
| Timekeeper | | 19 | $20.80 | $22.87 | $2.07 | $39.33 |
| Additional Hustler Drivers | | 86 | $20.70 | $22.77 | $2.07 | $178.02 |
| Double Time | | | | | | |
| 2 Gangs & Staff | | 4 | $770.49 | $847.08 | $76.59 | $306.36 |
| Additional Hustler Drivers | | 8 | $41.40 | $45.54 | $4.14 | $33.12 |
| Timekeeper | | 2 | $41.60 | $45.74 | $4.14 | $8.28 |
| Detention | | | | | | |
| 2 Gangs & Staff | Vessel Arrival | 0.5 | $1,018.39 | $1,094.98 | $76.59 | $38.30 |
| 1 Gang & 1/2 Staff | Crane Failure, ILA Gu | 1.09 | $1,018.39 | $1,094.98 | $76.59 | $83.48 |
| Production Moves | | | | | | |
| 2 Gang Operation | | 1446 | $49.13 | $52.41 | $3.28 | $4,742.88 |
| Sub-total | | | | | | $8,240.26 |

M/V Chiquita Angol 12/26/18

| | | Hours | Old Rate | Current | Diff | Total |
|---|---|---|---|---|---|---|
| Labor | | | | | | |
| 1 Gang & 1/2 Staff | Moving Hatch Covers | 5.58 | $1,130.06 | $1,205.47 | $75.41 | $420.79 |
| 1 Gang & Staff | Moving Hatch Covers | 1.25 | $1,285.73 | $1,391.30 | $105.57 | $131.96 |
| Operator | | 148 | $1.58 | $1.56 | $(0.02) | $(2.96) |


# Murphy Marine Services, Inc.

| | | Invoice Number | 344708 |
|---|---|---|---|
| | | Invoice Date | 2/28/2019 |

Chiquita Brands North America
Department #12022
Port of Wilmington
Wilmington, DE 19899
United States

Retro pay for period 11/18/18 - 12/31/18

| | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| Timekeeper | 28 | $ | 61.03 | $ | 65.11 | $ | 4.08 | $ | 114.24 |
| Additional Hustler Drivers | 148 | $ | 60.80 | $ | 64.88 | $ | 4.08 | $ | 603.84 |

Overtime
| | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| 2 Gangs & Staff | 38 | $ | 385.25 | $ | 423.54 | $ | 38.29 | $ | 1,455.02 |
| 1 Gang & Staff | 2 | $ | 436.60 | $ | 482.07 | $ | 43.47 | $ | 86.94 |
| Timekeeper | 19 | $ | 20.80 | $ | 22.87 | $ | 2.07 | $ | 39.33 |
| Additional Hustler Drivers | 80 | $ | 20.70 | $ | 22.77 | $ | 2.07 | $ | 165.60 |

Double Time
| | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| 2 Gangs & Staff | 2 | $ | 770.49 | $ | 847.08 | $ | 76.59 | $ | 153.18 |
| Additional Hustler Drivers | 4 | $ | 41.40 | $ | 45.54 | $ | 4.14 | $ | 16.56 |
| Timekeeper | 1 | $ | 41.60 | $ | 45.74 | $ | 4.14 | $ | 4.14 |

Detention
| | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| 1 Gang & 1/2 Staff  C4, Moving Containers | 2.17 | $ | 1,018.39 | $ | 1,094.98 | $ | 76.59 | $ | 166.20 |

Production Moves
| | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| 2 Gang Operation | 1437 | $ | 50.22 | $ | 53.58 | $ | 3.36 | $ | 4,828.32 |
| 1 Gang & Staff | 13 | $ | 73.47 | $ | 78.36 | $ | 4.89 | $ | 63.57 |

Sub-total $ 8,246.73

$49,852.58

**INVOICE TOTAL**



# Murphy Marine Services, Inc.

| | | |
|---|---|---|
| Invoice Number | 344334 | |
| Invoice Date | January 17, 2019 | |
| Page | 1 of 1 | |

Chiquita Brands North America
Department #12022
Port of Wilmington
Wilmington, DE 19801
United States

For Work Performed 01/08/2019 to 01/09/2019          Chiquita Angol

| | Current Qty | Rate | Current Amount |
|---|---|---|---|
| Terminal Usage Fee Containerized Cargo | | | 33,015.00 |
| **Invoice Total** | | | **33,015.00** |



# Murphy Marine Services, Inc.

Invoice Number 344459
Invoice Date January 31, 2019
Page 1 of 1

Chiquita Brands North America
Department #12022
Port of Wilmington
Wilmington, DE 19801
United States

For Work Performed 01/22/2019 to 01/23/2019          Chiquita Angol

|  | Current Qty | Rate | Current Amount |
|---|---|---|---|
| Terminal Usage Fee Containerized Cargo |  |  | 47,926.00 |
| **Invoice Total** |  |  | **47,926.00** |



# Murphy Marine Services, Inc.

Invoice Number: 341592
Invoice Date: February 15, 2019
Page: 1 of 1

Chiquita Brands North America
Department #12022
Port of Wilmington
Wilmington, DE 19801
United States

For Work Performed 02/05/2019 to 02/07/2019          Chiquita Angol

|  | Current Qty | Rate | Current Amount |
|---|---|---|---|
| Terminal Usage Fee Containerized Cargo |  |  | 57,412.00 |
| **Invoice Total** |  |  | **57,412.00** |



# Murphy Marine Services, Inc.

Invoice Number 344686
Invoice Date February 22, 2019
Page 1 of 1

Chiquita Brands North America
Department #12022
Port of Wilmington
Wilmington, DE 19801
United States

For Work Performed 02/19/2019 to 02/21/2019                Chiquita Angol

|  | Current Qty | Rate | Current Amount |
|---|---|---|---|
| Terminal Usage Fee Containerized Cargo |  |  | 54,095.00 |
| **Invoice Total** |  |  | **54,095.00** |

701 CHRISTIANA AVENUE * WILMINGTON, DE 19801 * (302) 571-4700 * FAX (302) 571-4702



# Murphy Marine Services, Inc.

Invoice Number: 344996
Invoice Date: March 18, 2019
Page: 1 of 1

Chiquita Brands North America
Department #12022
Port of Wilmington
Wilmington, DE 19801
United States

For Work Performed 03/05/2019 to 03/07/2019            Chiquita Angol

|  | Current Qty | Rate | Current Amount |
|---|---|---|---|
| Terminal Usage Fee Containerized Cargo |  |  | 52,390.00 |
| **Invoice Total** |  |  | **52,390.00** |